# UNI' .D STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

The Trustees of the Twin City
Bricklayers Fringe Benefit Funds

Case No. Civil 01-1110 ADM/AJB

v.

**JUDGMENT IN A CIVIL CASE**

H&W Construction Service, Inc.,
a MN Corporation; and Woodrow Hanson

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

1. The Defendants are in default, and Plaintiff are entitled to judgment against defendants, jointly and severally, for delinquent fringe benefit contribution payments, together with interest, liquidated damages, audit fees, attorneys fees, and costs tin the amount of $221.00
2. Plaintiff's motion for injunctive relief is granted under the terms set forth in the attached Injunction and plaintiff are not required to provide security under federal rule 65(c).
3. Upon completion of the fringe benefit compliance audit of defendants' books and records, Plaintiff's attorney shall file an affidavit stating the amount of delinquent fringe benefit contributions, interest, liquidated damages, and audit fees. Upon the Court's approval of Plaintiffs' attorney 's affidavit, the Clerk of Court shall enter judgment against Defendants, jointly and severally, in the amount stated in the affidavit

DATE: September 25, 2001

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery

Mary Kaye Conery, Deputy Clerk

9