UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

THE TRUSTEES OF THE TWIN CITY BRICKLAYERS FRINGE BENEFIT FUNDS,

Plaintiffs,

Civil No. 01-1110(ADM/AJB)

v.

INJUNCTION

H & W CONSTRUCTION SERVICE, INC., A MINNESOTA CORPORATION; AND WOODROW HANSON,

Defendants.

---

Pursuant to this Court's Order of September 25, 2001:

1. Defendants, and each of them, are to submit forthwith to Plaintiffs' Third-Party Administrator ("TPA") all delinquent fringe benefit contribution Report Forms and pay forthwith fringe benefit contribution payments for all months for which Defendants are delinquent, together with interest and liquidated damages.

2. Defendants, and each of them, are to submit forthwith to Plaintiffs' TPA all their books and records for an audit disclosing the amount of unpaid fringe benefit contribution payments.

3. The Defendants, and each of them, shall cooperate in all ways with this audit.

4. Defendants, and each of them, are required to post with Plaintiffs' TPA a cash or surety bond in the amount of $30,000.00 to the Twin City Bricklayers Fringe Benefit Funds.

5. Defendants, acting through their directors, officers, agents, servants, employees, shareholders, and all persons acting in privity or in concert with it, are MANDATED to

SEP 25 2001
FILED__________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

submit to Plaintiffs' TPA all fringe benefit contribution Report Forms and all fringe benefit contribution payments as they become due.

Dated: September 25, 2001.

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT